AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Herndon, David R. | U.S. District Court Southern District of Illinois | 05/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 22-96 |
| 2. | Trustee | Trust #2, Assets No 97-141 |
| 3. | Trustee | Trust #3, Assets No 142-187 |
| 4. | Trustee | Trust #4, Assets No188-204 |
| 5. | Trustee | Trust #5 Assets No 205-221 Trust #6 Assets No 222-238 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Byron, Carlson, Petri & Kalb LLC SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 12/09/2013 | New York City, NY | Speaker at Educational Seminar | hotel (directly billed) & airfare $236 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Clover Leaf Bank checking acct | B | Interest | L | T | | | | | |
| 2. Bank of Edwardsville Checking account | A | Interest | J | T | | | | | ▒▒▒ |
| 3. IRA Account Pershing IRA Account | D | Dividend | M | T | | | | | assets listed below |
| 4. - (IRA) First Horizon Natl Corp | | | | | | | | | |
| 5. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 02/14/13 | J | | cash in lieu of fractnl sh |
| 6. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 05/15/13 | J | | cash in lieu of fractnl sh |
| 7. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 8/14/13 | J | | cash in lieu of fractnl sh |
| 8. - (IRA) Fractional Kinder Morgan Mgmt | | | | | Distributed (part) | 11/14/13 | J | | cash in lieu of fractnl sh |
| 9. - (IRA) Kinder Morgan Mgmt | | | | | | | | | |
| 10. - (IRA) Coach Inc Com | | | | | Buy | 07/24/13 | K | | see below for sale in same |
| 11. - (IRA) Coach Inc Com | | | | | Buy (add'l) | 10/22/13 | J | | period |
| 12. - (IRA) Coach Inc Com | | | | | Sold | 12/06/13 | J | A | |
| 13. - (IRA) Darden Restaurants | | | | | Sold | 09/20/13 | K | | |
| 14. - (IRA) Nielson Holdings V B Com | | | | | Buy | 12/18/13 | J | | |
| 15. - (IRA) Ebay Inc Com | | | | | | | | | |
| 16. - (IRA) Kraft Foods Grp | | | | | | | | | |
| 17. - (IRA) Kraft Foods Grp CALL Option exp 1/18/14 | | | | | Buy | 08/05/13 | J | | call option |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Omnicom Group Inc | | | | | | | | | |
| 19. - (IRA) Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Buy | 10/29/13 | K | | |
| 20. - (IRA) Annaly Cap Mgmt Inc REIT | | | | | Sold | 10/29/13 | K | | |
| 21. - (IRA) Dreyfus Treasury Prime MM | | | | | | | | | |
| 22. TRUST #1 Pershing Brokerage Account | G | Int./Div. | P1 | T | | | | | trust assets listed below |
| 23. - Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 24. - Jackson Cnty Mo Spl Oblig Truman Sports | | | | | | | | | |
| 25. - Deschutes Cnty Ore Sch Dist 5.25% | | | | | | | | | |
| 26. - State Pub Sch Bldg Auth PA Sch Rev 5.25% | | | | | | | | | |
| 27. - West Chester PA Area Sch Dist Ser A 5% 3/1/06 | | | | | | | | | |
| 28. - Houston Tex Util Sys Rev Rfdg Comb First | | | | | | | | | |
| 29. - Connecticut St Ser C 5% 11/1/21 B/E | | | | | | | | | |
| 30. - Hampton VA Pub Impt-Ser A Fgic-Mbia 5% | | | | | | | | | |
| 31. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | | | | | | | | | |
| 32. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $20k | | | | | | | | | |
| 33. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $80k | | | | | | | | | |
| 34. - Metropolitan Govt Nashville Davidson 5% 5/15/25 $50k | | | | | Sold | 08/14/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Metropolitan Govt Nashville Davidson 5% 1/01/25 $50k | | | | | | | | | |
| 36. - Chicago ILL Sales Tax Rev Sale 5% | | | | | | | | | |
| 37. - Virginia St Res Auth Clean Wtr 6/13/04 5% | | | | | | | | | |
| 38. - Conroe Tex Indpt Sch Dist RFDG 5% 2/15/24 | | | | | Buy | 01/14/13 | M | | |
| 39. - Humble Tex Indpt Sch Dist Sch Bldg 5% 2/1/06 | | | | | | | | | |
| 40. - Tennessee St Rfdg-Ser A 4% 08/1/25 | | | | | Buy | 08/09/13 | L | | |
| 41. - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | | | | | | | | | |
| 42. - Keller Tex Indpt Sch Dist Sch Bldg 5% 8/15/26 | | | | | Buy | 01/09/13 | M | | |
| 43. - Missouri St Brd Pub Bldgs Spl Oblg 4.5% | | | | | | | | | |
| 44. - North Carolina St Pub Impt Ser A 5% 4/14/10 | | | | | | | | | |
| 45. - Dallas Tex Wtrwks Swr Sys rev Rfdg Impt 5% 4/1/06 | | | | | Sold | 01/14/13 | M | D | |
| 46. - Sally Hldgs LLC/Sally cap inc sr sub 10.5% | | | | | Redeemed | 12/05/11 | K | | redeemed December 2011 |
| 47. - First Tenn Bk NA Memphis Sub Nt 5.05% | | | | | | | | | |
| 48. - HCA Inc No 6.375% 01/15/15 | | | | | | | | | |
| 49. - HCA Inc Sr Note 8.0% 10/01/18 | | | | | Buy | 02/20/13 | K | | |
| 50. - Chesapeake energy Corp Sr Nt 9.5% | | | | | | | | | |
| 51. - Hanesbrands Inc Fixed Rate Sr Nt 8% | | | | | Redeemed | 12/16/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Southwestern Energy Co Med Term Notes 7.125% | | | | | | | | | |
| 53. - Accenture PLC Ireland Shs Cl A ACN | | | | | | | | | |
| 54. - American Tower REIT com | | | | | Sold (part) | 04/24/13 | J | C | |
| 55. - Brookfield Infrasturcture Partners LP | | | | | Buy | 03/13/13 | K | | |
| 56. - Brookfield Infrasturcture Partners LP | | | | | Buy (add'l) | 06/03/13 | J | | |
| 57. - Brookfield Infrasturcture Partners LP | | | | | Distributed (part) | 12/31/13 | J | | return of principal |
| 58. - Apple Inc | | | | | | | | | |
| 59. - Bank of America Corp | | | | | | | | | |
| 60. - CBRE Group Inc CL A | | | | | Buy | 03/01/13 | J | | see below for sale in same |
| 61. - CBRE Group Inc CL A | | | | | Sold | 11/08/13 | J | | period |
| 62. - CBS Corp CL B Com | | | | | Buy | 12/06/13 | K | | |
| 63. - Chesapeake Energy Corp | | | | | | | | | |
| 64. - Church & Dwight Co Inc | | | | | | | | | |
| 65. - Colgate Palmolive Co | | | | | | 05/21/13 | | | stock split |
| 66. - Darden Restaurants Inc Com | | | | | Sold | 09/20/13 | J | | |
| 67. - EMC Corp (Mass) Com | | | | | | | | | |
| 68. - Energy Transfer Equity L.P. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Enterprise Products Partners L.P. | | | | | | | | | |
| 70. - Groupon Inc Com CL A | | | | | Buy | 09/23/13 | K | | |
| 71. - Groupon Inc Com CL A | | | | | Buy (add'l) | 10/08/13 | J | | |
| 72. - Honeywell Intl Inc | | | | | | | | | |
| 73. - Jarden Corp Com | | | | | | 03/22/13 | | | stock split |
| 74. - Kinder Morgan Energy Partners | | | | | | | | | |
| 75. - Lowes Companies Inc | | | | | | | | | |
| 76. - Markwest Energy Partners L.P. | | | | | | | | | |
| 77. - Newell Rubbermaid Inc Com | | | | | Sold (part) | 04/24/13 | J | C | |
| 78. - Philip Morris Intl Inc com | | | | | Sold | 12/06/13 | K | B | |
| 79. - Plains All American Pipeline L.P. | | | | | | | | | |
| 80. - Schlumberger LTD | | | | | Sold (part) | 03/13/13 | K | A | |
| 81. - Schlumberger LTD | | | | | Sold | 06/24/13 | K | A | |
| 82. - Verizon Communications Com | | | | | | | | | |
| 83. - Williams Partners L.P. | | | | | | | | | |
| 84. - KKR Finl Hldgs LLC PFD Ser A LLC | | | | | Buy | 05/28/13 | J | | |
| 85. - Annaly Cap Mgmt Inc Com | | | | | Buy (add'l) | 07/05/13 | J | | see below for sale in same |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Annaly Cap Mgmt Inc Com | | | | | Sold (part) | 10/29/13 | J | | period |
| 87. - Annaly Cap Mgmt Inc Com | | | | | Sold | 11/25/13 | J | | |
| 88. - Starwood Ppty Tr Inc Com | | | | | | | | | |
| 89. - Ishares TR MSCI Emerging Mkts Index Fd | | | | | Sold | 04/16/13 | L | E | |
| 90. - SPDR GOLD Tr Gold Shs | | | | | Sold (part) | 06/05/13 | J | | |
| 91. - SPDR GOLD Tr Gold Shs | | | | | Sold (part) | 10/29/13 | K | | |
| 92. - SPDR GOLD Tr Gold Shs | | | | | Sold (part) | 11/07/13 | J | | |
| 93. - SPDR GOLD Tr Gold Shs | | | | | Sold | 12/20/13 | K | | |
| 94. - Vanguard Intl Equity Index Fds FTSE VWO | | | | | Buy | 04/16/13 | L | | see below for sale in same |
| 95. - Vanguard Intl Equity Index Fds FTSE VWO | | | | | Sold | 06/14/13 | L | | period |
| 96. - Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Buy | 11/07/13 | K | | |
| 97. - WisdomTree Tr Emerging Mkts Small Cap | | | | | Buy | 06/14/13 | L | | |
| 98. TRUST #2 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 99. -Drefus Treasury Prime MM | | | | | | | | | |
| 100. -Accenture PLC Ireland Sh Cl A | | | | | | | | | |
| 101. -American Tower REIT com | | | | | | | | | |
| 102. -Brookfield Infrastructure Partners LP Ltd P'ship | | | | | Buy | 03/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Brookfield Infrastructure Partners LP Ltd P'ship | | | | | Buy (add'l) | 06/03/13 | J | | |
| 104. - Brookfield Infrasturcture Partners LP | | | | | Distributed (part) | 12/31/13 | J | | return of principal |
| 105. -Apple Inc | | | | | | | | | |
| 106. -Bank of America Corp | | | | | Buy (add'l) | 02/20/13 | J | | |
| 107. -CBRE Group Inc Cl A | | | | | Buy | 03/01/13 | J | | see below for sale in same |
| 108. -CBRE Group Inc Cl A | | | | | Sold | 11/08/13 | J | | period. |
| 109. -CBS Corp CL: B Com | | | | | Buy | 12/06/13 | J | | |
| 110. -Chesapeake Energy Corp | | | | | | | | | |
| 111. -Church & Dwight Co Inc | | | | | | | | | |
| 112. -Coach Inc Com | | | | | Buy | 07/24/13 | J | | see below for sale in same |
| 113. -Coach Inc Com | | | | | Buy (add'l) | 10/22/13 | J | | period. |
| 114. -Coach Inc Com | | | | | Sold | 12/06/13 | J | A | |
| 115. -Colgate Palmolive Co Com | | | | | | 05/21/13 | | | stock split |
| 116. -Darden Restaurants Inc com | | | | | Sold | 09/20/13 | J | | |
| 117. -EMC Corp (Mass) Com | | | | | | | | | |
| 118. -Ebay Inc Com | | | | | | | | | |
| 119. -Freeport McMoran Copper & Gold Inc CL B | | | | | Buy | 12/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Groupon Inc Com CL A | | | | | Buy | 09/23/13 | J | | |
| 121. -Groupon Inc Com CL A | | | | | Buy (add'l) | 10/08/13 | J | | |
| 122. -Honeywell Intl Inc | | | | | | | | | |
| 123. -Ishares Trust MSCI Emerging Markets Fd EEM | | | | | Sold | 04/16/13 | J | A | |
| 124. -SPDR Gold Tr Gold Shs | | | | | Sold | 11/07/13 | J | | |
| 125. -Jarden Corp Com | | | | | | 03/22/13 | | | stock split |
| 126. -Jarden Corp Com | | | | | Distributed (part) | 03/22/13 | J | A | cash in lieu fractional sh |
| 127. -Kinder Morgan Energy Partners LTD partnershp | | | | | | | | | |
| 128. -Kraft Foods Group Inc Com | | | | | | | | | |
| 129. -Lowes Companies Inc | | | | | | | | | |
| 130. -Newell Rubbermaid Inc Com | | | | | | | | | |
| 131. -Nielson Holdings B V Com | | | | | Buy | 12/18/13 | J | | |
| 132. -Omnicom Group Inc | | | | | | | | | |
| 133. -Philip Morris Intl Inc Com | | | | | Sold | 12/06/13 | J | A | |
| 134. -Schlumberger LTD | | | | | Sold (part) | 03/13/13 | J | A | |
| 135. -Schlumberger LTD | | | | | Sold | 06/24/13 | J | A | |
| 136. -Verizon Communications Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Annaly Cap Mgmt Inc Com REIT | | | | | Sold | 11/25/13 | J | | |
| 138. -Starwood Ppty Tr Inc com | | | | | | | | | |
| 139. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy | 04/16/13 | J | | see below for sale in same |
| 140. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold | 06/14/13 | J | | period |
| 141. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Buy | 11/07/13 | J | | |
| 142. -WisdomTree Tr Emerging Mkts Small Cap | | | | | Buy | 06/14/13 | J | | |
| 143. TRUST #3 Pershing Brokerage Account | D | Int./Div. | N | T | | | | | trust assets listed below |
| 144. -Dreyfus Treasury Prime Money Market | | | | | | | | | |
| 145. -Accenture PLC Ireland Shs Cl A | | | | | | | | | |
| 146. -American Tower REIT | | | | | | | | | |
| 147. -Apple Inc | | | | | | | | | |
| 148. -Brookfield Infrastructure | | | | | Buy | 03/13/13 | J | | |
| 149. -Brookfield Infrastructure | | | | | Buy (add'l) | 06/03/13 | J | | |
| 150. - Brookfield Infrasturcture Partners LP | | | | | Distributed (part) | 12/31/13 | J | | return of principal |
| 151. -Bank of America Corp | | | | | Buy (add'l) | 02/20/13 | J | | |
| 152. -CBRE Group Inc CL A | | | | | Buy | 03/01/13 | J | | see below for sale in same |
| 153. -CBRE Group Inc CL A | | | | | Sold | 11/08/13 | J | | period |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -CBS Corp CL B Com | | | | | Buy | 12/06/13 | J | | |
| 155. -Chesapeake Energy Corp | | | | | | | | | |
| 156. -Church & Dwight Co Inc | | | | | | | | | |
| 157. -Coach Inc Com | | | | | Buy | 07/24/13 | J | | see below for sale in same |
| 158. -Coach Inc Com | | | | | Buy (add'l) | 10/22/13 | J | | period. |
| 159. -Coach Inc Com | | | | | Sold | 12/06/13 | J | A | |
| 160. -Colgate Palmolive Co | | | | | | 05/21/13 | | | stock split |
| 161. -Darden Restaurants Inc Com | | | | | Sold | 09/20/13 | J | | |
| 162. -EMC Corp (Mass) Com | | | | | | | | | |
| 163. -Ebay Inc Com | | | | | | | | | |
| 164. -Freeport McMoran Copper & Gold Inc CL B | | | | | Buy | 12/30/13 | J | | |
| 165. -Groupon INC Com CL A | | | | | Buy | 09/23/13 | J | | |
| 166. -Groupon INC Com CL A | | | | | Buy (add'l) | 10/08/13 | J | | |
| 167. -Honeywell Intl Inc | | | | | | | | | |
| 168. -ALPS ETF Tr Alerian Mlp Etf | | | | | | | | | |
| 169. -IShares Trust MSCI Emerging Markets Index EEM | | | | | Sold | 04/16/13 | K | C | |
| 170. -IShares Tr S&P Midcap 400 Value Index Fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Jarden Corp Com | | | | | | 03/22/13 | | | stock split |
| 172. -Kinder Morgan Energy Partners LP | | | | | | | | | |
| 173. -Kraft Foods Group Inc Com | | | | | | | | | |
| 174. -Lowes Companies Inc | | | | | | | | | |
| 175. -Nielson Holdings B V Com | | | | | Buy | 12/18/13 | J | | |
| 176. -Newell Rubbermaid Inc Com | | | | | | | | | |
| 177. -SPDR Gold Tr Gold Shs | | | | | Sold | 12/20/13 | J | | |
| 178. -Omnicom Group Inc | | | | | | | | | |
| 179. -Philip Morris Intl Inc Com | | | | | Sold | 12/06/13 | J | A | |
| 180. -Schlumberger LTD | | | | | Sold (part) | 03/13/13 | J | A | |
| 181. -Schlumberger LTD | | | | | Sold | 06/24/13 | J | A | |
| 182. -Verizon Communications Com | | | | | | | | | |
| 183. -Annaly Cap Mgmt Inc Com | | | | | Sold | 11/25/13 | J | | |
| 184. -Starwood Ppty Tr Inc Com | | | | | | | | | |
| 185. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy | 04/16/13 | K | | see below for sale in same |
| 186. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold | 06/14/13 | K | | period. |
| 187. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Buy | 11/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -WisdomTreeTr Emerging Mkts Small Cap AVG | | | | | Buy | 06/14/13 | K | | |
| 189. TRUST #4 Pershing Brokerage Account | C | Int./Div. | M | T | | | | | trust assets listed below |
| 190. -Dreyfus Treasury Prime Inv Sh MM | | | | | | | | | |
| 191. -Annaly Cap Mgmt Inc Com | | | | | Buy | 02/20/13 | J | | see below for sale in same |
| 192. -Annaly Cap Mgmt Inc Com | | | | | Sold | 10/29/13 | J | | period. |
| 193. -ALPS Etf Tr Alerian MLP Etr | | | | | Buy (add'l) | 10/30/13 | K | | |
| 194. -IShares Trust MSCI Emerging Markets Index fd EEM | | | | | Sold | 04/16/13 | J | | |
| 195. -IShares Tr S&P Midcap 400 Value Index | | | | | Sold (part) | 10/30/13 | J | C | |
| 196. -Powershares QQQ Tr Unit Ser 1 | | | | | Sold (part) | 10/30/13 | J | A | |
| 197. -SPDR GOLD Tr Gold Shs | | | | | Sold | 10/29/13 | J | | |
| 198. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | Sold (part) | 10/30/13 | J | C | |
| 199. -Vanguard Intl Equity Index Fds FTSE Emerging Markets VWO | | | | | Buy | 04/16/13 | K | | see below for sale in same |
| 200. -Vanguard Intl Equity Index Fds FTSE Emerging Markets VWO | | | | | Sold | 06/14/13 | J | | period. |
| 201. -Vanguard Index Fds S&P 500 ETF VOO | | | | | Buy | 10/30/13 | K | | |
| 202. -Vanguard INTL Equity Index Fds FTSE Europe ETF VGK | | | | | Buy | 10/30/13 | K | | |
| 203. -WisdomTree Emerging Mkts Small Cap Avg | | | | | Buy | 06/14/13 | J | | |
| 204. -WisdomTree Emerging Mkts Small Cap Avg | | | | | Buy (add'l) | 10/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -WisdomTree Emerging Mkts Equity | | | | | Sold | 06/24/13 | J | | |
| 206. TRUST #5 Pershing Brokerage Account | B | Int./Div. | M | T | | | | | trust assets listed below |
| 207. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 208. -Annaly Cap Mgmt Inc Com | | | | | Buy | 02/20/13 | J | | see below for sale in same |
| 209. -Annaly Cap Mgmt Inc Com | | | | | Sold | 10/29/13 | J | | period. |
| 210. -ALPS Etf Tr Alerian MLP Etf | | | | | Buy (add'l) | 10/30/13 | J | | |
| 211. -Ishares Trust MSCI Emerging Markets Index Fd EEM | | | | | Sold | 04/16/13 | J | | |
| 212. -IShares Tr S&P Midcap 400 Value | | | | | Sold (part) | 10/30/13 | J | B | |
| 213. -Powershares QQQ Tr Unit Ser 1 | | | | | Sold (part) | 10/30/13 | J | A | |
| 214. -SPDR GOLD Tr Gold Shs | | | | | Sold | 10/29/13 | J | | |
| 215. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | | | | | Sold (part) | 10/30/13 | J | B | |
| 216. -Vanguard Intl Emerging Mkts ETF | | | | | Buy | 04/16/13 | J | | see below for sale in same |
| 217. -Vanguard Intl Emerging Mkts ETF | | | | | Sold | 06/14/13 | J | | period. |
| 218. -Vanguard Intl Equity Index Fds FTSE Europe ETF VGK | | | | | Buy | 10/30/13 | J | | |
| 219. -Vanguard Index Fds S&P 500 ETF | | | | | Buy | 10/30/13 | K | | |
| 220. -WisdomTree Emerging Mkts Equity | | | | | Sold | 06/24/13 | J | | |
| 221. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | | | | | Buy | 06/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | | | | | Buy (add'l) | 10/30/13 | J | | |
| 223. Trust #6 Pershing Brokerage Account | B | Int./Div. | L | T | | | | | trust assets listed below |
| 224. -Dreyfus Treasury Prime Inv MM | | | | | | | | | |
| 225. -Annaly Cap Mgmt Inc Com | | | | | Buy | 02/20/13 | J | | see below for sale in same |
| 226. -Annaly Cap Mgmt Inc Com | | | | | Sold | 10/29/13 | J | | period. |
| 227. -ALPS Etf Tr Alerian MLP Etf | | | | | Buy (add'l) | 10/30/13 | J | | |
| 228. -Ishares Trust MSCI Emerging Markets Index EEM | | | | | Sold | 04/16/13 | J | | |
| 229. -IShares Tr S&P MidCap 400 Value | | | | | Sold (part) | 10/30/13 | J | A | |
| 230. -PowerShares QQQ Tr Unit Ser 1 | | | | | | | | | |
| 231. -SPDR GOLD Tr Gold Shs | | | | | Sold | 10/29/13 | J | | |
| 232. -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | | | | | Sold (part) | 10/30/13 | J | A | |
| 233. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts VWO | | | | | Buy | 04/16/13 | J | | see below for sale in same |
| 234. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts VWO | | | | | Sold | 06/14/13 | J | | period. |
| 235. -Vanguard Intl Equity Index Fds FTSE Europe ETF | | | | | Buy | 10/30/13 | J | | |
| 236. -Vanguard Index Fds S&P 500 ETF | | | | | Buy | 10/30/13 | J | | |
| 237. -WisdomTree Emerging Mkts Uity DEM | | | | | Sold | 06/24/13 | J | | |
| 238. -WisdomTree Emerging Mkts Small Cap Avg DGS | | | | | Buy | 06/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | P4 =More than $50,000,000 | | |
| | U =Book Value | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -WisdomTree Emerging Mkts Small Cap Avg DGS | | | | | Buy (add'l) | 10/30/13 | J | | |
| 240. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA account summarized on line 21
Trust #1 on line 23
Trust #2 on line 98
Trust #3 on line 143
Trust #4 on line 189
Trust #5 on line 206
Trust #6 on line 223

Lines 21, 23, 98, 143, 189, 206, 223  Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 5-8 fractional shares of Kinder Morgan Mgmt: In the past, instead of paying cash dividends, Kinder Morgan issued fractional shares of stock.  The fractional shares had no monetary value and no market until they accumulated to equal a full share.  However in 2013, Kinder Morgan is paying cash dividends in lieu of fractional shares of stock.

All trust assets are accounted for herein.  According to your instructions, the aggregate income and values were reported on lines 22, 97, 142, 188, 205, 222. Identification of the trusts was omitted for security purposes, but will be provided if requested.  Naturally, the records of each individual trust are available for the committee's inspection upon request.

RESPONSE TO LETTER OF INQUIRY:

SEE PART VII, PAGE 7, LINE 46:  Sally Hldgs LLC/Sally cap inc sr sub 10.5%.  This bond was purchased on 08/22/2011 and redeemed on 12/05/2011.  This was correctly reported on the 2011 report on lines 51 and 52.  Sally Hldgs mistakenly was included on the 2012 report on line 47.  In response to your letter of inquiry, we included Sally holdings on this 2013 report showing again the 2011 redemption date.

SEE PART VII, PAGE 15, LINE 203 & 204:  WisdomTree Emerging Mkts Small Cap Avg.  This mutual fund was initially purchased on 6/14/13 and additional shares were purchased on 10/30/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544